| | |
|---|---|
| MICHAEL GARCIA, | No. 1:21-cv-00135-NONE-HBK |
| Plaintiff, | STIPULATION FOR DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii) AS TO DEFENDANT FEDEX GROUND PACKAGE SYSTEMS, INC ONLY |
| v. | |
| FIRST ADVANTAGE CORPORATION and FEDEX GROUND PACKAGE SYSTEMS, INC, | (Doc. No. 19) |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On July 8, 2021, Plaintiff and Defendant FedEx Ground Package Systems, Inc. filed a Stipulation for Dismissal. (Doc. No. 19, "Stipulation"). The Stipulation, filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), states the dismissal is *without prejudice* "without costs to any party as to FedEx." (*Id.*). The Stipulation does not encompass Plaintiff's claims against Defendant First Advantage Corporation. (*Id.*).

Rule 41(a)(1)(A)(ii) in pertinent part provides that, "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." A voluntary stipulation pursuant to Rule 41(a)(1)(A)(ii) automatically terminates the action between the parties without operation of a court order. *Black Rock City, LLC v. Pershing Cty. Bd. of Comm'rs*,

1

637 F. App'x 488 (9th Cir. 2016) (citations omitted).  Here, Plaintiff and Defendant FedEx Ground Package Systems, Inc. have signed and dated the Stipulation to dismiss this action.

Accordingly:

Pursuant to the Stipulation (Doc. No. 19), the Clerk of Court is directed to adjust the docket to reflect the voluntary dismissal of this action *without prejudice* under Fed. R. Civ. P. 41(a)(1)(A)(ii) against Defendant FedEx Ground Package Systems, Inc., with each party to bear its own litigation costs and attorney fees.

Dated: July 9, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE