1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   MICHAEL GARCIA, *on behalf of himself and all others similarly situated*, | Case No.  1:21-CV-00135-NONE-HBK |
| 12 | ORDER GRANTING PARTIES' |
| 13         Plaintiff, | STIPULATED MOTION TO CONTINUE CERTAIN DEADLINES IN FIRST CASE MANAGEMENT AND SCHEDULING |
| 14     v. | ORDER |
| 15   FIRST ADVANTAGE CORPORATION, | (Doc. No.  33) |
| 16         Defendant. | |

17

18          Pending before the Court is the parties' stipulated motion to extend deadlines in the

19   Court's First Case Management and Scheduling Order (Doc. No. 29), filed on December 10,

20   2021.  (Doc. No. 33).  Upon review of the stipulated motion, the parties request to extend certain

21   deadlines by ninety days.  (*Id.* at 1).  For good cause shown under Federal Rule of Civil

22   Procedure 6(b), the Court grants the parties' stipulated motion.

23          Accordingly, it is **ORDERED**:

24          The parties' stipulated motion to continue certain deadlines (Doc. No. 33) is GRANTED

25   as follows:

26          (a) the Class Certification Discovery Deadline is continued to May 18, 2022;

27          (b)  the Class Certification Motion Filing Deadline is continued to July 18, 2022;

28

(c) the Class Certification Opposition Deadline is continued to September 15, 2022; and

(d)  the Class Certification Hearing Deadline is continued to December 19, 2022 at 1:00 p.m. before the undersigned,[1] absent further order by the "to be assigned" district judge.


Dated:    December 14, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] According to the "Standing Order Re: Judicial Emergency" that remains in effect, class certification motions will be heard by the assigned magistrate judge and submitted by Findings and Recommendation to the assigned district judge.