UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.,<br><br>Defendant. | No. 1:21-cv-00135-DAD-HBK<br><br>JOINT NOTICE OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(Doc. No. 39) |

On June 2, 2022, the Parties filed a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Doc. No. 39.)  The Stipulation states the dismissal is *with prejudice* and "each side [is] to bear its own attorneys' fees and costs."  (*Id.*)

Rule 41(a)(1)(A)(ii) in pertinent part provides that, "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."  A voluntary stipulation pursuant to Rule 41(a)(1)(A)(ii) automatically terminates the action between the parties without operation of a court order.  *Black Rock City, LLC v. Pershing Cty. Bd. of Comm'rs*, 637 F. App'x 488 (9th Cir. 2016) (citations omitted).  Here, the parties have signed and dated the Stipulation to dismiss this action.

1

ACCORDINGLY, the Clerk of Court shall terminate all pending motions and deadlines and CLOSE this action to reflect the parties' Stipulation of Dismissal (Doc. No. 39) of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Dated:   June 21, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE